Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  22−13306−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Richard R. Ciarelli | Linda Ciarelli |
| 20 Buckingham Drive | 20 Buckingham Drive |
| Ocean Township, NJ 07712 | Ocean Township, NJ 07712 |

Social Security No.:
  xxx−xx−3078                                   xxx−xx−5639

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         7/6/22
Time:        10:00 AM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 17, 2022
JAN: wdr

                                            Jeanne Naughton
                                            Clerk, U. S. Bankruptcy Court