Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−13306−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Richard R. Ciarelli                          Linda Ciarelli
   20 Buckingham Drive                20 Buckingham Drive
   Ocean Township, NJ 07712       Ocean Township, NJ 07712

Social Security No.:
   xxx−xx−3078                              xxx−xx−5639

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        7/6/22
Time:       10:00 AM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 17, 2022
JAN: wdr

                                               Jeanne Naughton
                                               Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                              Case No. 22-13306-CMG

Richard R. Ciarelli                                        Chapter 13

Linda Ciarelli

       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                    Page 1 of 2
Date Rcvd: May 17, 2022                        Form ID: 132                               Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol         Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard R. Ciarelli, Linda Ciarelli, 20 Buckingham Drive, Ocean Township, NJ 07712-3236 |
| 519563705 | + | Heartland ECSI, 100 Global View Drive, Warrendale, PA 15086-7612 |
| 519563707 | + | Mill City Mortgage Loan Trust 2019-GS2, c/o Knuckles, Komosinski & Manfro LLP, 600 East Crescent Avenue, Suite 201, Saddle River, NJ 07458-1846 |
| 519563711 | | Sallie Mae, PO.Box 98377, Philadelphia, PA 19101-8377 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 17 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 17 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519571874 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 17 2022 20:51:16 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519563702 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2022 20:51:01 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519563703 | | Email/PDF: gecsedi@recoverycorp.com | May 17 2022 20:51:03 | Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 519563704 | + | Email/Text: clientservices@simonsagency.com | May 17 2022 20:42:00 | Care One at Wall, c/o Simon's Agency, Inc, 3713 Brewerton Road, Suite 1, Syracuse, NY 13212-3843 |
| 519563706 | + | Email/Text: ecourts.col_efilings@fskslaw.com | May 17 2022 20:42:00 | LVNV Funding LLC, c/o Fein Such Kahn & Shepard, 7 Century Drive Suite 201, Parsippany, NJ 07054-4609 |
| 519563708 | | Email/Text: ClaimsHelp@Mohela.com | May 17 2022 20:42:00 | MOHELA, Department of Education, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 519563709 | | Email/Text: electronicbkydocs@nelnet.net | May 17 2022 20:42:00 | Nelnet, Department of Education, PO Box 82561, Lincoln, NE 68501-2561 |
| 519563710 | | Email/PDF: gecsedi@recoverycorp.com | May 17 2022 20:51:26 | P.C. Richard & Son/ Synchrony Bank, PO Box 96061, Orlando, FL 32896-0061 |
| 519573552 | | Email/Text: Bankruptcy.Notices@pnc.com | May 17 2022 20:42:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 519564789 | + | Email/PDF: gecsedi@recoverycorp.com | May 17 2022 20:51:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2022              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Mill City Mortgage Loan Trust 2019-GS2  Wilmington Savings Fund Society, FSB, as Trustee ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eugene D. Roth | on behalf of Debtor Richard R. Ciarelli erothesq@gmail.com |
| Eugene D. Roth | on behalf of Joint Debtor Linda Ciarelli erothesq@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6