| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>PNC Bank, National Association | |
| In Re:<br><br>Richard Ciarelli & Linda Ciarelli,<br><br>Debtors. | Case No.: 22-13306-CMG<br><br>Chapter: 13<br><br>Hearing Date: 8/17/2022<br><br>Judge: Gravelle |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled     ☒ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 18)

_____

Date: 7/13/2022                              /s/ Denise Carlon
                                             Signature

*rev.8/1/15*