Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−13306−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Richard R. Ciarelli                         Linda Ciarelli
  20 Buckingham Drive                         20 Buckingham Drive
  Ocean Township, NJ 07712                    Ocean Township, NJ 07712

Social Security No.:
  xxx−xx−3078                                 xxx−xx−5639

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 8, 2022.

Dated: September 8, 2022
JAN: dmi

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Richard R. Ciarelli  
Linda Ciarelli  
    Debtors

Case No. 22-13306-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 08, 2022 | Form ID: plncf13 | Total Noticed: 19 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard R. Ciarelli, Linda Ciarelli, 20 Buckingham Drive, Ocean Township, NJ 07712-3236 |
| r | + | Elaine Molen, CARA Realtors, 1405 3RD Ave, Spring Lake,, NJ 07762-1450 |
| 519563705 | + | Heartland ECSI, 100 Global View Drive, Warrendale, PA 15086-7612 |
| 519563707 | + | Mill City Mortgage Loan Trust 2019-GS2, c/o Knuckles, Komosinski & Manfro LLP, 600 East Crescent Avenue, Suite 201, Saddle River, NJ 07458-1846 |
| 519563711 | | Sallie Mae, PO.Box 98377, Philadelphia, PA 19101-8377 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 08 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 08 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519571874 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 08 2022 20:47:29 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519563702 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 08 2022 20:47:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519563703 | | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2022 20:47:46 | Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 519563704 | + | Email/Text: clientservices@simonsagency.com | Sep 08 2022 20:40:00 | Care One at Wall, c/o Simon's Agency, Inc, 3713 Brewerton Road, Suite 1, Syracuse, NY 13212-3843 |
| 519563706 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Sep 08 2022 20:39:00 | LVNV Funding LLC, c/o Fein Such Kahn & Shepard, 7 Century Drive Suite 201, Parsippany, NJ 07054-4609 |
| 519563708 | | Email/Text: EBN@Mohela.com | Sep 08 2022 20:39:00 | MOHELA, Department of Education, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 519651997 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 08 2022 20:39:00 | Mill City Mortgage Loan Trust 2019-GS2, c/o NewRez LLC d/b/a, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519563709 | | Email/Text: electronicbkydocs@nelnet.net | Sep 08 2022 20:40:00 | Nelnet, Department of Education, PO Box 82561, Lincoln, NE 68501-2561 |
| 519563710 | | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2022 20:47:48 | P.C. Richard & Son/ Synchrony Bank, PO Box 96061, Orlando, FL 32896-0061 |
| 519573552 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 08 2022 20:39:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |

Case 22-13306-CMG    Doc 32    Filed 09/10/22    Entered 09/11/22 00:14:11    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 08, 2022 | Form ID: plncf13 | Total Noticed: 19 |

| 519635600 | Email/Text: ebn_bkrt_forms@salliemae.com | | |
|---|---|---|---|
| | | Sep 08 2022 20:40:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 519564789 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 08 2022 20:47:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Mill City Mortgage Loan Trust 2019-GS2  Wilmington Savings Fund Society, FSB, as Trustee ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eugene D. Roth | on behalf of Debtor Richard R. Ciarelli erothesq@gmail.com |
| Eugene D. Roth | on behalf of Joint Debtor Linda Ciarelli erothesq@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6