UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Richard R. Ciarelli and Linda Ciarelli

Case No.: 22-13306
Chapter: 13
Judge: Christine M. Gravelle

## NOTICE OF PROPOSED PRIVATE SALE

Richard R. and Linda Ciarelli, the Debtors, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton
Clerk's Office
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on March 15, 2023 at 9 a.m. at the United States Bankruptcy Court, courtroom no. 3, 402 East State Street, Trenton, NJ 08608. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 20 Buckingham Drive, Ocean, NJ 07712

Proposed Purchaser: Clenio A de Deus

Sale price: $850,000

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: CARA Realtors/Patrick Parker Realty (Brokers); Eugene D. Roth (Attorney)

Amount to be paid: Brokers' Commission - $42,500; Attorney Fee - $2,500

Services rendered: Attorney services include review of the Contract of Sale, preparation of Attorney Review letters, closing documents and attendance at closing.

The broker secured the purchasers for the real property.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Law Office of Eugene D. Roth

Address: 2520 Hwy. 35, Suite 307 Manasquan, NJ 08736

Telephone No.: (732) 292-9288

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Richard R. Ciarelli  
Linda Ciarelli  
    Debtors

Case No. 22-13306-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 15, 2023 | Form ID: pdf905 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard R. Ciarelli, Linda Ciarelli, 20 Buckingham Drive, Ocean Township, NJ 07712-3236 |
| r | + | Elaine Molen, CARA Realtors, 1405 3RD Ave, Spring Lake,, NJ 07762-1450 |
| 519563705 | + | Heartland ECSI, 100 Global View Drive, Warrendale, PA 15086-7612 |
| 519563707 | + | Mill City Mortgage Loan Trust 2019-GS2, c/o Knuckles, Komosinski & Manfro LLP, 600 East Crescent Avenue, Suite 201, Saddle River, NJ 07458-1846 |
| 519563711 | | Sallie Mae, PO.Box 98377, Philadelphia, PA 19101-8377 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 15 2023 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 15 2023 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519571874 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 15 2023 20:50:14 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519563702 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 15 2023 20:50:12 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519563703 | | Email/PDF: gecsedi@recoverycorp.com | Feb 15 2023 20:50:12 | Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 519563704 | + | Email/Text: clientservices@simonsagency.com | Feb 15 2023 20:43:00 | Care One at Wall, c/o Simon's Agency, Inc, 3713 Brewerton Road, Suite 1, Syracuse, NY 13212-3843 |
| 519563706 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Feb 15 2023 20:43:00 | LVNV Funding LLC, c/o Fein Such Kahn & Shepard, 7 Century Drive Suite 201, Parsippany, NJ 07054-4609 |
| 519563708 | | Email/Text: EBN@Mohela.com | Feb 15 2023 20:43:00 | MOHELA, Department of Education, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 519651997 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 15 2023 20:43:00 | Mill City Mortgage Loan Trust 2019-GS2, c/o NewRez LLC d/b/a, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519563709 | | Email/Text: electronicbkydocs@nelnet.net | Feb 15 2023 20:43:00 | Nelnet, Department of Education, PO Box 82561, Lincoln, NE 68501-2561 |
| 519563710 | | Email/PDF: gecsedi@recoverycorp.com | Feb 15 2023 20:49:55 | P.C. Richard & Son/ Synchrony Bank, PO Box 96061, Orlando, FL 32896-0061 |
| 519573552 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 15 2023 20:42:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |

| 519635600 | | Email/Text: ebn_bkrt_forms@salliemae.com | Feb 15 2023 20:43:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
|---|---|---|---|---|
| 519564789 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 15 2023 20:50:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2023              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor MILL CITY MORTGAGE LOAN TRUST 2019-GS2 ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Mill City Mortgage Loan Trust 2019-GS2  Wilmington Savings Fund Society, FSB, as Trustee ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eugene D. Roth | on behalf of Debtor Richard R. Ciarelli erothesq@gmail.com |
| Eugene D. Roth | on behalf of Joint Debtor Linda Ciarelli erothesq@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7